

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00248-CV

**IN THE INTEREST OF E.O.R.** and A.A.A.G. II., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00918
Honorable Peter Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, we DENY Appellant's motion for rehearing.

However, to clarify the reasoning for our decision, we WITHDRAW our September 12, 2018 opinion and judgment and substitute this opinion and judgment in their stead.

The trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED November 7, 2018.


_____
Patricia O. Alvarez, Justice